# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**BRIAN WALTER GORDON**

                                    **CIVIL ACTION**

**VERSUS**

                                    **NO. 16-724-JWD-EWD**

**BANCORPSOUTH INSURANCE
SERVICES, INC. D/B/A WRIGHT & PERCY
INSURANCE, ET AL.**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 29, 2017, to which no objection was filed:

**IT IS ORDERED** that Plaintiff's Motion to Remand, (Doc. 7) based on failure to timely file the Notice of Removal is DENIED.

Signed in Baton Rouge, Louisiana, on <u>May 19, 2017</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**